Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**AMY DALEY**,

        Plaintiff,

vs.

**A & S COLLECTION ASSOCIATES, INC.**,

        Defendant

Case No. 09-cv-946-ST

**PLAINTIFF'S EXHIBIT LIST**

      The Plaintiff will present the following exhibits at trial:

Exhibit 1    Plaintiff's Scorewatch email communication;
Exhibit 2    Defendant's answers to Requests for Admission;
Exhibit 3    Defendant's collection notes regarding Plaintiff's collection file;
Exhibit 4    Log of Defendant's phone call threatening legal action upon Plaintiff;
Exhibit 5    Defendant's Response to Interrogatories.

Dated this 30th day of September, 2010.

By: /s/Joshua Trigsted
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826 facsimile
Attorney for Plaintiff