Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AMY DALEY**, | |
| Plaintiff, | Case No. 09-cv-946-ST |
| vs. | |
| | **PLAINTIFF'S PROPOSED WITNESS LIST** |
| **A & S COLLECTION ASSOCIATES, INC.**, | |
| Defendant | |

**CIVIL WITNESS LIST**

**1.     Plaintiff Amy Daley**

**Occupation**: Sales representative

Plaintiff will testify regarding a conversation that took place between Plaintiff and a representative of Defendant, during which Defendant threatened to take legal action on a specific date and time.  Plaintiff will testify that Defendant did not actually follow through on such threat.  Plaintiff will testify about the age of the debt in reference to the limitations period for such debt, which will support other evidence showing that Defendant could not lawfully take the action threatened.

Plaintiff will also testify about the damages she sustained as a result of the violations for which Plaintiff has already proven Defendant committed, specifically Defendant's reporting of a stale debt to her credit report, which caused her credit score to drop dramatically and caused her search for a family home to be delayed indefinitely.

**Expected Length of Direct Testimony: 1 hr**

Dated this 30th day of September, 2010.

By: /s/ Joshua Trigsted
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826 facsimile
Attorney for Plaintiff