Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**AMY DALEY**,

                Plaintiff,

      vs.

**A & S COLLECTION ASSOCIATES, INC.**,

                Defendant

Case No. 09-cv-946-ST

**PLAINTIFF'S PROPOSED VOIR
DIRE QUESTIONS**

Plaintiff requests that, at such time as *voir dire* of the jury venire is conducted, this Court

ask the jury each of the attached questions.

PLAINTIFF'S REQUESTED *VOIR DIRE*
QUESTION NUMBER [1]

Do you know:

- Joshua Trigsted
- Michelle Brown
- Defendant's Counsel

PLAINTIFF'S REQUESTED *VOIR DIRE*
QUESTION NUMBER [2]

The facts in this case involve A&S Collections' attempts to collect a debt from Plaintiff, Amy Daley.  Do you have any knowledge of this case?

PLAINTIFF'S REQUESTED *VOIR DIRE*
QUESTION NUMBER [3]

Are there any members of the venire who are or have been engaged in or employed by a business or law office which collects debts or who have family members or close friends who are so employed?

PLAINTIFF'S REQUESTED VOIR DIRE
QUESTION NUMBER [4]

Are there any members of the venire who are or have been engaged in or employed by the business or individual who refers accounts to a debt collector for collection, or who have family members or close friends who are so employed?

PLAINTIFF'S REQUESTED *VOIR DIRE*
QUESTION NUMBER [5]

Are there any members of the venire who are or have been engaged in or employed by a business or individual which extends or collects credit, or who have family members or close friends who are so employed?

PLAINTIFF'S REQUESTED *VOIR DIRE*
QUESTION NUMBER [6]

Are there any members of the venire who feel for any reason not discussed, that they could not sit and hear this case and thereafter render a verdict which would be fair to both the Plaintiff and the Defendant under the evidence as it may be presented?

PLAINTIFF'S REQUESTED *VOIR DIRE*
QUESTION NUMBER [6]

If you determine that the debt collector has violated the Fair Debt Collection Practices

Act, would you, for any reason, be unable to award statutory damages as instructed by the Court

in addition to actual damages?

Dated this 30th day of September, 2010.

By: _/s/Joshua Trigsted__
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826 facsimile
Attorney for Plaintiff