Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AMY DALEY**, | |
| Plaintiff, | Case No. 09-cv-946-ST |
| vs. | |
| **A & S COLLECTION ASSOCIATES, INC.**, | **MOTION TO STRIKE TRIAL AND AWARD DEFAULT JUDGMENT TO PLAINTIFF** |
| Defendant | |

COMES NOW Plaintiff, by and through counsel, Trigsted Law Group, P.C., and moves that this court strike the trial, which was initially scheduled for October 19th and October 20th, and award default judgment to Plaintiff.

Dated this 7th day of October, 2010.

By:_/s/Joshua Trigsted_____
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826 facsimile
Attorney for Plaintiff