Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AMY DALEY**, | |
| Plaintiff, | Case No. 09-cv-946-ST |
| vs. | |
| **A & S COLLECTION ASSOCIATES, INC.**, | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO STRIKE TRIAL AND AWARD DEFAULT JUDGMENT TO PLAINTIFF** |
| Defendant | |

1. Defendant, a Vermont corporation, is currently unrepresented in this matter, its previous counsel having been allowed to withdraw by this Court's order dated August 23, 2010.

2. Defendant has failed to file the pre-trial submissions it was ordered to file by this Court's order dated July 20, 2010.

WHEREFORE, PLAINTIFF requests that the Court issue an order striking the upcoming trial, issuing Plaintiff a Judgment by default on any unresolved claims, and

allowing Plaintiff to submit evidence to determine the appropriate amount to be awarded to Plaintiff for actual damages.

Dated this 7th day of October, 2010.

By: /s/Joshua Trigsted
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826 facsimile
Attorney for Plaintiff